**Order entered January 30, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00977-CR

### GERARDO GOMEZ-MACIEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-32880-M**

## ORDER

The Court **REINSTATES** the appeal.

On January 16, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On January 29, 2015, we received a seven-volume reporter's record from court reporter Sharina Fowler. Therefore, in the interest of expediting the appeal, we **VACATE** the January 16, 2015 order requiring findings.

We note that the copies of the exhibits contained in volume 7 are so dark that it is impossible to determine what the photographs represent. Accordingly, we **ORDER** court reporter Sharina Fowler to file by **4:00 p.m. on THURSDAY, FEBRUARY 5, 2015**, a corrected volume 7 that contains clear copies of the photographs. If the corrected exhibit volume is not filed by the date and time specified, the Court will utilize the remedies available to it,

which may include ordering that Sharina Fowler not sit as a court reporter until she has filed a correct and compliant exhibit volume.

Appellant's brief is due by **MARCH 4, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Sharina Fowler, deputy official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE